**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MICHELLE THOMPSON, individually,** | : | |
| **and on behalf of her minor child, B.T.,** | : | **No. 1:13-cv-02301** |
| **Plaintiffs** | : | |
| | : | |
| **v.** | : | **(Judge Kane)** |
| | : | |
| **COMMONWEALTH OF** | : | |
| **PENNSYLVANIA STATE POLICE, <u>et al.</u>,** | : | |
| **Defendants** | : | |

<u>**ORDER**</u>


    **AND NOW**, on this 6th day of August 2014, **IT IS HEREBY ORDERED THAT**

Plaintiff's motion for leave to file an amended complaint (Doc. No. 14) is **DENIED WITHOUT**

**PREJUDICE** to Plaintiff's filing of an amended complaint addressing the deficiencies identified

in the accompanying memorandum within ten days of the date of this order.



                        <u>s/ Yvette Kane</u>
                        Yvette Kane, District Judge
                        United States District Court
                        Middle District of Pennsylvania