IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MICHELLE THOMPSON, individually, :
and on behalf of her minor child, B.T., : No. 1:13-cv-02301
    Plaintiffs :
 :
    v. : (Judge Kane)
 :
COMMONWEALTH OF :
PENNSYLVANIA STATE POLICE, et al., :
    Defendants :

# ORDER

AND NOW, on this 6th day of August 2014, **IT IS HEREBY ORDERED THAT**:

1. Defendants' motion to amend their motion to disqualify Plaintiffs' counsel (Doc. No. 17) is **GRANTED** insofar as Defendants must refile their motion to disqualify counsel Roger Laguna without the information contained in paragraph 21 within five days of the date of this order;

2. Defendants **SHALL** file a brief in support of their motion to disqualify within five days of the date of this order; and

3. Defendants' motion to disqualify counsel Roger Laguna (Doc. No. 16) is **DENIED AS MOOT**.


        s/ Yvette Kane
        Yvette Kane, District Judge
        United States District Court
        Middle District of Pennsylvania