IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHELLE THOMPSON, individually,** | : | |
| **and on behalf of her minor child, B.T.,** | : | No. 1:13-cv-02301 |
| Plaintiffs | : | |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| **COMMONWEALTH OF** | : | |
| **PENNSYLVANIA STATE POLICE, et al.,** | : | |
| Defendants | : | |

# ORDER

**AND NOW**, on this 10th day of December 2014, **IT IS HEREBY ORDERED THAT** Defendant's motion to disqualify counsel Laguna is **DENIED**. Plaintiff is instructed to initiate a status telephone call on January 8, 2015, at 11:30 a.m. The telephone number of the Court is 717-221-3990.

                                                  s/ Yvette Kane
                                                  Yvette Kane, District Judge
                                                  United States District Court
                                                  Middle District of Pennsylvania